UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JIM SINCLAIR, PATRICIA SINCLAIR,
REBEL SCRAP METAL LLC, AND
PARTS-A-PLENTY INC.,

      Plaintiff,

v.

P.O. ALFREDO JIMENEZ,
SGT. JONATHAN PARNELL,
P.O. DEREK OWENS, AND
DET. FRANK LENZ,

      Defendants.
_____/

Case No. 15-cv-12697

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
DAVID R. GRAND

### ORDER FOR STAY OF PROCEEDINGS AND DISMISSING THE CITY OF DETROIT AND THE OFFICERS IN THEIR OFFICIAL CAPACITIES

Upon the reading and filing of the stipulations of the parties and the Court being otherwise fully advised;

IT IS HEREBY ORDERED that the proceedings in this case against Detroit Defendants are stayed for a period of six months, concluding May 10, 2016.

IT IS FURTHER ORDERED that the City of Detroit and the Officers are dismissed in their official capacities, leaving the claims against the individual Detroit Defendants in their individual capacities.

IT IS SO ORDERED.

Dated: November 10, 2015

                                                    sGershwin A. Drain
                                                    HON. GERSHWIN A. DRAIN
                                                    United States District Court Judge